## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-80272-CV-MIDDLEBROOKS

JEREMY RYBAK,

     Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS
INC., and BANK OF AMERICA
CORPORATION

     Defendants.

_____/

## <u>ORDER DISMISSING ONE DEFENDANT</u>

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice of Defendant Experian Information Solutions, Inc., filed April 3, 2024. (DE 15). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss a defendant by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Experian Information Solutions, Inc., has served neither filing. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Plaintiff's claims against Defendant Experian Information Solutions, Inc. are **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court shall **TERMINATE** Defendant Experian Information Solutions,

Inc. as a defendant in this matter.

**SIGNED** in Chambers in West Palm Beach, Florida, this 4 day of April, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE