UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80272-CV-MIDDLEBROOKS

JEREMY RYBAK,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
and BANK OF AMERICA CORPORATION

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant Bank of America Corporation, filed June 11, 2024. (DE 32).[1] Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court shall **CLOSE THIS CASE.** All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 13th day of June, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

---

[1] On April 3, 2024, Plaintiff filed a Notice of Voluntary Dismissal against the only other named Defendant, Experian Information Solutions, with Prejudice. (DE 15).